# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-3389
_____

STEVEN WADE THOMAS, JR.,

Petitioner,

v.

NAOMI P. WERTH,

Respondent.

_____

Petition for Writ of Mandamus—Original Proceedings.

January 5, 2026

PER CURIAM.

DISMISSED.

WINOKUR, M.K. THOMAS, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Steven Wade Thomas, Jr., pro se, Petitioner.

No appearance for Respondent.